UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES EMANUEL DUDLEY III,<br><br>  Plaintiff,<br><br>  v.<br><br>PIERCE COUNTY SHERIFF'S OFFICE, et al.,<br><br>  Defendant. | CASE NO. 3:22-cv-05437-RSM-BAT<br><br>**ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR EXTENSION (DKT 20).** |

Plaintiff moves the Court to extend the time discovery must be completed from the current date of December 19, 2022 to March 19, 2023 on the grounds legal research in prison is difficult, and he is facing opposition to obtaining law enforcement video footage. Dkt. 20. As there are two month before the current deadline, the Court GRANTS a limited extension and ORDERS: (1)  The discovery deadline is extended to **February 10, 2023**. All discovery requests must be served by J**anuary 8, 2023;** (2) The dispositive motions deadline is extended to **March 17, 2023.**

DATED this 14th day of October, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING IN PART PLAINTIFF'S
MOTION FOR EXTENSION (DKT 20). - 1