UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES EMANUEL DUDLEY III,<br><br>                 Plaintiff,<br><br>  v.<br><br>PIERCE COUNTY SHERIFF'S OFFICE, et al.,<br><br>                 Defendant. | CASE NO. 3:22-cv-05437-RSM-BAT<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL (DKT 23).** |

      Plaintiff moves to compel discovery. The Court's Pretrial Order, Dkt. 18, orders that if a discovery dispute arises, a party must fulfill the Court's meet and confer requirements **before** filing a motion to compel discovery. The moving party must certify he or she has in good faith effort met and conferred with opposing counsel. A motion to compel that lacks such a certification will be summarily denied. Plaintiff's motion lacks any certification he has met and conferred with opposing counsel of record and is **DENIED** without prejudice.

      DATED this 28th day of October, 2022.

                                              BRIAN A. TSUCHIDA
                                              United States Magistrate Judge