UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES EMANUEL DUDLEY III,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LEE PRITCHARD,<br><br>　　　　　　Defendant. | CASE NO. 3:22-cv-05437-RSM-BAT<br><br>**ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT AND EXTENDING TIME FOR DISCOVERY** |

Plaintiff filed motions requesting leave to file an amended complaint, Dkts. 31 and 32, and to extend the time to complete discovery. Dt. 34. Lee Pritchard, the sole Defendant in his action, has not responded to the motions which were noted for February 17, 2023. The Court ORDERS:

1. Plaintiff filed two motions to amend the complaint against Defendant Pritchard. The Court **GRANTS** the most recent motion to amend, Dkt. 32, and **STRIKES** the earlier motion to amend, Dkt. 31, because the case should proceed upon one complaint, not multiple complaints.

2. Plaintiff requests the current date by which discovery must be completed be extended from the current due date of February 10, 2023, to May 2, 2023. Dkt. 34. This case has been pending since June 2022, when Plaintiff filed a complaint. Dkt. 1. In

September 2022, the Court ordered discovery to be completed by December 19, 2022. Dkt. 18. In October 2022, Plaintiff moved for, and the Court granted an extension of time to complete discovery, setting a new date of February 10, 2023. The Court **GRANTS** Plaintiff a second extension of the time to complete discovery and orders discovery must be completed by **April 3, 2023.** Because the new discovery deadline affects other pretrial deadlines the Court ORDERS:

1. The Discovery Deadline is extended to **April 3, 2023.**
2. All discovery requests must be served by **March 6, 2023**.
3. The dispositive motions deadline is extended to **May 1, 2023.**

DATED this 17th day of February, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING LEAVE TO FILE AMENDED
COMPLAINT AND EXTENDING TIME FOR
DISCOVERY - 2