UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES EMANUEL DUDLEY III, <br><br> Plaintiff, <br><br> v. <br><br> PIERCE COUNTY SHERIFF'S OFFICE, et al., <br><br> Defendant. | CASE NO. 3:22-cv-05437-RSM-BAT <br><br> **ORDER OF DISMISSAL** |

Having reviewed the Report and Recommendation of the assigned United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The case is dismissed with prejudice.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

//

//

//

ORDER OF DISMISSAL - 1

DATED this 26th day of May, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2